1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN JOSE DIVISION**

11

12   BENJAMIN VILLANUEVA,                    Case No. 5:15-cv-04841  NC

13              Plaintiff,                   **SUA SPONTE JUDICIAL
                                            REFERRAL FOR PURPOSES OF**
14        v.                                 **DETERMINING RELATIONSHIP
                                            OF CASES**
15   SANTA CLARA COUNTY,

16              Defendant.

17

18        In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19   above captioned case is referred to Magistrate Judge Paul S. Grewal to determine whether it

20   is related to 5:15-cv-00820 PSG, Benjamin Villanueva v. Unknown Officer, and 5:15-cv-

21   04828 PSG, Benjamin Villanueva v. Santa Clara County.

22        IT IS SO ORDERED.

23        Date:  November 6, 2015                  _____
                                                   Nathanael M. Cousins
24                                                 United States Magistrate Judge

25

26

27

28