UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VILLANUEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY,<br><br>    Defendant. | Case No. 15-cv-04841 NC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 12 |

In this personal injury case that appears to have identical claims to an earlier dismissed case, No. 15-cv-4828 PSG, plaintiff Villanueva is ordered to show cause why the case should not be dismissed for lack of subject matter jurisdiction and as time barred. He is also ordered to report the status of the state court cases he attached to his complaint: *Villanueva v. Harper*, 115-cv-276372; *Villanueva v. Unknown*, 115-cv-277178; and *Villanueva v. Santos*, 115-cv-277320.  He must file a response by July 1, 2016, and appear in person on July 6, 2016, at 10:00 a.m. in Courtroom 7, 4th Floor, 280 South First Street, San Jose.

To assist Villanueva, who is representing himself, the Court attaches a letter providing guidance to additional resources the Court provides pro se litigants.

**IT IS SO ORDERED.**

Dated: June 13, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-04841 NC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

SUSAN Y. SOONG
CLERK OF COURT

GENERAL COURT NUMBER
408-535-5363

To:   Pro Se Litigant
Re:   Representing Yourself Before This Court

Dear Pro Se Litigant:

If you are representing yourself in federal court without representation by an attorney, that is called proceeding "pro se." The court has free resources to help you find your way through the court system and procedures. The Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am –12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. Pay special attention to the **Civil Litigation Packets** tab on the left, which provides useful fillable forms. The Pro Se Handbook website also has a link to the Court's Electronic Case Filing (ECF) website.

*Susan Y. Soong*

Susan Y. Soong
Clerk, United States District Court

Case No. 15-cv-04841 NC                    2