UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VILLANUEVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA COUNTY,<br><br>　　　　Defendant. | Case No. 15-cv-04841 NC<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 14 |

In light of plaintiff Benjamin Villanueva's failure to respond to the Court's order to show cause at docket 14 and failure to appear at the hearing on July 6, 2016, this case is DISMISSED without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 6, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VILLANUEVA,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY,<br><br>Defendant. | Case No. 15-cv-04841-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin Villanueva
957 Turquoise Street
Vacaville, CA 95687

Dated: July 6, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____*Lili M Harrell*_____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS

2